# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEWIS, | 1:06-cv-01653-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS CAVAZOS AND PERALES, AND ALL REMAINING CLAIMS AND DEFENDANTS BE DISMISSED |
| vs. | |
| A. CAVAZOS, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Wayne Lewis ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 30, 2006. (Doc. 1.) The complaint names Correctional Officer ("C/O") A. Cavazos, C/O A. Perales, and Appeals Coordinator J. Jones as defendants, and alleges claims for excessive force under the Eighth Amendment and for intentional obstruction of his right to file prison grievances under the First Amendment and the Due Process Clause.

On October 1, 2008, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it stated cognizable claims for relief under section 1983 against defendants Cavazos and Perales only, for use of excessive force under the Eighth Amendment. (Doc. 12.)  Plaintiff was given leave to either file an amended complaint or notify the Court that he wishes to proceed only with the claims found cognizable by the Court. Id. On October 14, 2008, plaintiff filed written notice to the court that he does not wish to file an amended complaint and wishes to proceed only with the claims found cognizable by the Court. (Doc. 13.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants C/O A. Cavazos and C/O A. Perales for excessive force under the Eighth Amendment;

1

2.     All remaining claims and defendants be dismissed from this action;

3.     Plaintiff's claims against defendant Appeals Coordinator J. Jones be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against this defendant; and

4.     Plaintiff's claims for intentional obstruction of his right to file prison grievances under the First Amendment and the Due Process Clause be dismissed for failure to state a claim upon which relief may be granted under section 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:**   **November 10, 2008**             /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE