IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEWIS, | 1:06-cv-01653-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 14.) |
| A. CAVAZOS, et al., | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS CAVAZOS AND PERALES FOR EXCESSIVE FORCE, AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |
| Defendants. | |

Wayne Lewis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 13, 2008, findings and recommendations were entered, recommending that this action proceed only against defendants Cavazos and Perales, for for excessive force under the Eighth Amendment, and that all remaining claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on November 13, 2008, are adopted in full;

    2. This action now proceeds only against defendants Cavazos and Perales for excessive force under the Eighth Amendment;

    3. All remaining claims and defendants are dismissed from this action;

    4. Defendant Appeals Coordinator J. Jones is dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against this defendant; and

    5. Plaintiff's claims for intentional obstruction of his right to file prison grievances under the First Amendment and for intentional obstruction of plaintiff's right to file prison grievances under the First Amendment and the Due Process Clause are dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated: December 23, 2008**      **/s/ Lawrence J. O'Neill**
                      UNITED STATES DISTRICT JUDGE