1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  WAYNE LEWIS,                                    1:06-cv-01653-LJO-GSA-PC

10                      Plaintiff,                 ORDER REQUIRING PLAINTIFF TO FILE
                                                   OPPOSITION OR STATEMENT OF NON-
11          v.                                     OPPOSITION TO DEFENDANT'S MOTION
                                                   TO DISMISS WITHIN THIRTY DAYS
12  A. CAVAZOS, et al.,

13                      Defendants.
                                      /
14

15          On April 23, 2009, defendants Cavazos and Perales ("Defendants") filed a motion to dismiss

16  this action.  (Doc. 20.)  Plaintiff was required to file an opposition or a statement of non-opposition

17  to the motion within twenty-one days, but has not done so.  Local Rule 78-230(m).

18          Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file

19  an opposition or a statement of non-opposition to Defendants' motion to dismiss.  If Plaintiff fails

20  to comply with this order, this action will be dismissed, with prejudice, for failure to obey the

21  Court's order and failure to prosecute.

22

23          IT IS SO ORDERED.

24      **Dated:**   __**July 14, 2009**__            _____**/s/ Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1