# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEWIS, | 1:06-cv-01653-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR REFERRAL TO MEDIATION |
| v. | (Doc. 23.) |
| A. CAVAZOS, et al., | SECOND ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY DAYS |
| Defendants. | |

On July 14, 2009, the Court issued an order requiring Plaintiff to file an opposition or statement of non-opposition to Defendants' April 23, 2009 motion to dismiss, within thirty days. (Doc. 22.) On July 30, 2009, Plaintiff requested a referral to mediation of this case before Magistrate Judge Kellison. (Doc. 23.) On August 3, 2009, Defendants notified the court that a mediation conference would not be beneficial at this time. (Doc. 24.) Based on the parties' differing opinions, the Court shall not schedule mediation at this time, and the case shall proceed on Defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for referral to mediation is DENIED, without prejudice;

///

///

1

2. Within thirty days from the date of service of this order, Plaintiff must file an opposition or statement of non-opposition to Defendants' April 23, 2009 motion to dismiss; and

3. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 21, 2009**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE